## Furey v. Butterfield, Appellant.

Argued November 13, 1967. *John W. Beatty,* with him *Knox, Pearson & McLaughlin,* for appellant; *James R. Dailey,* for appellee.

Judgment affirmed.

MONTGOMERY, J., dissented and would grant a new trial.

WRIGHT, J., took no part in the consideration or decision of this case.